

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| Unit 82 Joint Venture, Five Star Holding Company, Inc., Five Star Holding Management, L.L.C. and 1320/1390 Don Haskins, LTD, | § § § | No. 08-08-00159-CV<br><br>Appeal from the<br><br>327th District Court |
| Appellants, | § | of El Paso County, Texas |
| v. | § | (TC# 2005-1987) |
| Mediacopy Texas, Inc., a Delaware Corporation, and Infodisc Global Holding, Inc., a Delaware Corporation and International Commercial Bank of China, | § § § | |
| Appellees. | § | |
| | § | |

## O R D E R

International Commercial Bank of China (ICB) has filed a motion to consolidate cause numbers 08-08-00159-CV and 08-13-00088-CV. In its motion, ICB "gives notice that Appeal No. 08-08-00159-CV can now proceed following remand to the trial court". ICB also asserts that we dismissed the appeal in cause number 08-08-00159-CV, but the opinion and judgment reflect that the Court vacated the trial court's judgment and dismissed the case below, not the appeal. *Unit 82 Joint Venture v. Mediacopy Texas, Inc.*, 349 S.W.3d 42 (Tex.App.--El Paso 2010). The Supreme Court held that it was error to vacate the trial court's judgment and it reversed this Court's judgment. *Evans v. Unit 82 Joint Venture*, 377 S.W.3d 694 (Tex. 2012). Ordinarily, the Supreme Court would remand the cause to this Court in order for the appeal to resume. Rather than remanding the cause to this Court, thereby returning jurisdiction of cause number 08-08-00159-CV to the court of appeals, the Supreme Court remanded directly to the trial court for "further proceedings."

The Court has determined that it is necessary to address whether the Court has jurisdiction of cause number 08-08-00159-CV before it considers the motions to consolidate filed in cause numbers 08-08-00159-CV and 08-13-00088-CV. The Court requests that the parties address whether this Court has jurisdiction of cause number 08-08-00159-CV, and more specifically, whether it has jurisdiction to address the issues raised in that appeal. The response can be in the form of a letter brief and is due with this Court within 15 days from the date of this order.

IT IS SO ORDERED this 30th day of May, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.